FILED:  February 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1119
(3:17-cv-00072-NKM-JCH)

_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL
MUNIZ; MARCUS MARTIN; NATALIE ROMERO; CHELSEA ALVARADO;
THOMAS BAKER

        Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

        Plaintiffs

v.

MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH

        Defendants - Appellants

 and

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL;
JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN;
MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN
DAMIGO; ELLIOTT KLINE, a/k/a Eli Mosely; IDENTITY EVROPA;
MATTHEW HEIMBACH; DAVID MATTHEW PARROTT, a/k/a Matthew
Parrott; TRADITIONALIST WORKER PARTY; JEFF SCHOEP; NATIONAL
SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL
INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; MICHAEL
ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN;

EAST COAST KNIGHTS OF THE KU KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
|---|---|
| Originating Case Number | 3:17-cv-00072-NKM-JCH |
| Date notice of appeal filed in originating court: | 01/30/2023 |
| Appellant(s) | Michael Hill, Michael Tubbs, League of the South |
| Appellate Case Number | 23-1119 |
| Case Manager | Marcy E. Beall 804-916-2702 |