FILED:  February 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1119 (L)
(3:17-cv-00072-NKM-JCH)

_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL
MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA
ALVARADO; THOMAS BAKER

        Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

        Plaintiffs

v.

MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH

        Defendants - Appellants

 and

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL;
JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN;
MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN
DAMIGO; ELLIOTT KLINE, a/k/a Eli Mosely; IDENTITY EVROPA;
MATTHEW HEIMBACH; DAVID MATTHEW PARROTT, a/k/a Matthew
Parrott; TRADITIONALIST WORKER PARTY; JEFF SCHOEP; NATIONAL
SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL
INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; MICHAEL
ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN;

EAST COAST KNIGHTS OF THE KU KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

Defendants

_____

No. 23-1122
(3:17-cv-00072-NKM-JCH)

_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA ALVARADO; THOMAS BAKER

Plaintiffs - Appellees

and

TYLER MAGILL; HANNAH PEARCE

Plaintiffs

v.

NATHAN DAMIGO

Defendant - Appellant

and

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL; JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN; MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; ELLIOTT KLINE, a/k/a Eli Mosely; IDENTITY EVROPA; MATTHEW HEIMBACH; DAVID MATTHEW PARROTT, a/k/a Matthew Parrott; TRADITIONALIST WORKER PARTY; MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH; JEFF SCHOEP; NATIONAL SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN; EAST COAST KNIGHTS OF

THE KU KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

        Defendants

————————————

No. 23-1154
(3:17-cv-00072-NKM-JCH)

————————————

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL
MUNIZ; MARCUS MARTIN; JOHN DOE; NATALIE ROMERO; CHELSEA
ALVARADO; THOMAS BAKER

        Plaintiffs - Appellants

 and

TYLER MAGILL; HANNAH PEARCE

        Plaintiffs

v.

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL;
JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN;
MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN
DAMIGO; ELLIOTT KLINE; IDENTITY EVROPA; MATTHEW HEIMBACH;
DAVID MATTHEW PARROTT, a/k/a Matthew Parrott; MICHAEL HILL;
MICHAEL TUBBS; LEAGUE OF THE SOUTH; JEFF SCHOEP; NATIONAL
SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL
INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; LOYAL WHITE
KNIGHTS OF THE KU KLUX KLAN; EAST COAST KNIGHTS OF THE KU
KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

        Defendants - Appellees

 and

MICHAEL ENOCH PEINOVICH

Defendant

_____

O R D E R

_____

The court consolidates Case No. 23-1119 and Case No. 23-1122, with Case

No. 23-1154 as a cross-appeals. The appellants in Case Nos. 23-1119 and 23-1122

shall be considered the appellant(s) for purposes of the consolidated appeals and

shall proceed first at briefing and at oral argument. Entry of appearance forms and

disclosure statements filed by counsel and parties to the lead case are deemed filed

in the secondary case.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk