No. 23-1119 (L)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

ELIZABETH SINES ET AL.,
    *Plaintiffs-Appellees/Cross-Appellants*,

v.

MICHAEL HILL ET AL.,
    *Defendants-Appellants/Cross-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

## APPELLANTS' RESPONSE TO MOTIONS TO FILE AMICUS BRIEFS

Defendants-Appellants do not object to either motion to file an amicus brief. (Doc. 92 and 95.) Appellants do not require additional time to file their Reply/Response Brief.

Dated: July 13, 2023                       Respectfully submitted,

                                                  s/ James E. Kolenich
                                            James E. Kolenich
                                            KOLENICH LAW OFFICE
                                            9435 Waterstone Blvd. #140
                                            Cincinnati, OH 45249
                                            (513) 444-2150

JEK318@gmail.com

*Counsel for Appellant Nathan Damigo*

/s/_____
Bryan Jones, VSB #87675
Bryan J. Jones, LLC
106 W. South St. Suite 201
Charlottesville, VA 22902
434-260-7899 (phone)
434-381-4397 (fax)
bryan@bjoneslegal.com

*Counsel for Appellants Michael Hill, Michael Tubbs, and League of the South*

# CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I served the following via ECF:

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Cross-Appellee James A. Fields, Jr.*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Cross-Appellees Matthew Heimbach, Matthew Parrott, and Traditionalist Worker Party*

David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202)776-2865
dmills@cooley.com

Raymond P. Tolentino
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
(212) 763-0883
rtolentino@kaplanhecker.com

William Edward ReBrook, IV
The ReBrook Law Office
1420 Cardinal Road
Charleston, WV 25314
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Cross-Appellees Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, National Socialist Movement, and Nationalist Front*

Jessica Phillips
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
(202) 223-7300
jphillips@paulweiss.com

*Counsel for Appellees/Cross-Appellants*

                                                           <u>s/ James E. Kolenich</u>
                                                           James E. Kolenich

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, I served the following via electronic mail:

Christopher Cantwell
christopher.cantwell@gmail.com

I further hereby certify that on July 13, 2023, I also served the following by physical mail:

Jason Kessler
6256 Bullet Dr.
Crestview, FL 32536

1100 Wythe Street, Unit 1812
Alexandria, VA 22313

Vanguard America
c/o Dillon Hopper
383 Hazzard Street
Scottsburg, IN 47170

Richard Spencer
734 Clearwater Drive
Whitefish, MT 59937

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

P.O. Box 208
Worthington, OH 43085

Robert "Azzmador" Ray
22345 Cherry Lane
Frankston, TX 75763

Jeff Schoep
P.O. Box 13768
Detroit, MI 48213

22803 Rausch Avenue
Eastpointe, MI 48021

Fraternal Order of the Alt-Knights
c/o Kyle Sean Chapman
52 Lycett Circle
Daly City, CA 94015

Elliott Kline a/k/a Eli Mosley
117 Mesa Drive
Reading, PA 19608

Augustus Sol Invictus
424 E. Central Blvd #156
Orlando, FL 32801

Loyal White Knights of the Ku Klux Klan
c/o Chris and Amanda Barker
2364 US Highway 158 E
Yanceyville, NC 27379

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

/s/ James E. Kolenich
James E. Kolenich

*Counsel for Appellant Nathan Damigo*